UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DANIELLE PECILE and CRISTINA CULICEA,  :
:
Plaintiffs,  :
:
v.  :   Case No. 10 Civ. 5756 (DLC)
:
TITAN CAPITAL GROUP, LLC; MARC ABRAMS  :
in his professional and personal capacity; RUSSELL  :
ABRAMS in his professional and personal capacity;  :
SANDRA ABRAMS; RONALD M. GREEN in his  :
professional and personal capacity; BARRY ASEN,  :
in his professional and personal capacity; and,  :
EPSTEIN BECKER & GREEN, P.C.,  :
:
Defendants.  :
:
------------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Danielle Pecile and Cristina Culicea, by and through undersigned counsel, hereby give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal of the above-captioned action, without prejudice. Defendants have not served any responsive pleading to Plaintiffs' Complaint.

Dated: New York, New York
       August 6, 2010

Respectfully submitted,

THOMPSON WIGDOR & GILLY LLP

By: _____
Kenneth P. Thompson
Douglas H. Wigdor
Scott B. Gilly

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845

*Counsel for Plaintiffs*